UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DAVID ALLEN McKIMMEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:12-cv-650 |
| | § | |
| TRIPLE D SECURITY CORP., JAY LACK, | § | |
| and BARBARA LACK, | § | |
| | § | |
| Defendants | § | |

## JOINT ADR REPORT

Plaintiff David Kimmey and Defendants Triple D Security, Inc., Jay Lack, and Barbara Lack, file this Joint ADR Report and show the following:

The parties have engaged in settlement demands and offers, and the parties continue to discuss settlement. The parties further believe that the case may be appropriate for mediation at a mutually agreeable time in the event that they cannot settle the case amongst themselves.

The person responsible for settlement negotiations for Plaintiff is Plaintiff's counsel of record, David Langenfeld. The person responsible for settlement negotiations on behalf of Defendants is Defendants' counsel of record, Michael V. Galo, Jr.

1

Respectfully Submitted,

/S/David G. Langenfled
David G. Langenfeld
State Bar No. 11911325
Dunham & Jones, P.C.
1800 Guadalupe Street
Austin, TX  78701
Telephone:  512.777.7777
Facsimile:  512.340.4051
**ATTORNEY FOR PLAINTIFF**
**DAVID ALLEN MCKINNEY**


/S/Michael V. Galo, Jr.
MICHAEL V. GALO, JR.
State Bar No. 00790734
GALO LAW FIRM, P.C.
4230 Gardendale, Bldg. 401
San Antonio, Texas 78229
Telephone:  (210) 616-9800
Telecopier:  (210) 616-9898
**ATTORNEY FOR DEFENDANT**
**TRIPLE D SECURITY CORPORATION**
**A/K/A TRIPLE D SECURITY, INC.,**
**JAY LACK AND BARBARA LACK**